January 17, 1952.)

The People of the State of New York, Respondent, v. Edward P. Kaczmarok, Appellant.— Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.

Charles Giaconne et al., Appellants, v. Wm. Penn Fire Insurance Company, Respondent. Charles Giaconne et al., Appellants, v. Tompkins Cooperative Fire Insurance Company, Respondent. Charles Giaconne et al., Appellants, v. Sterling Fire Insurance Company, Respondent. Charles Giaconne et al., Appellants, v. Pioneer Cooperative Fire Insurance Company, Respondent.— Heffernan, Brewster, Bergan and Coon, JJ., concur; Foster, P. J., not voting.

Lena Berg, Individually and Doing Business as Pearl Lake House, Respondent, v. Security Mutual Fire Insurance Company et al., Defendants, and Utica Fire Insurance Company of Oneida County et al., Appellants.— Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.